UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMSON WOUBETU,　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　*Plaintiff*,　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　）　　　　Civil Action No. 23-0949　(UNA)
　　　　　　　　　　　　　　　　　）
DSK MARIAM ETHIOPIAN　　　　　）
ORTHODOX TEWAHIDO　　　　　　）
CHURCH PEOPLE,　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　*Defendant*.　　　　　　）

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Generally, plaintiff alleges that the priest and members of his church refuse to give him money, talk to him, or allow him to eat in the dining room; they also beat him, insult him, and watch him on camera. Missing from the complaint, however, is a statement establishing a basis for this Court's jurisdiction, a statement of claim or a demand for relief. As drafted, the complaint fails to comply with the minimum pleading standard set forth in Rule 8(a) and, therefore, must be dismissed. A separate order will issue.


DATE: April 19, 2023     /s/
             TANYA S. CHUTKAN
             United States District Judge